Final Decree – Form 178

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA
### 605 West 4th Avenue, Room 138, Anchorage, AK 99501–2296
### Phone (907) 271–2655

In re: Jeffrey S Kasper                                   Case Number: 04–01328 – HAR

Debtor*
Debtor's Alias
aka Jeffrey Kasper, aka Jeff Kasper, aka Jeffrey
Scott Kasper, dba Glacier Media Services

Debtor Social Security No. xxx–xx–4738

**FINAL DECREE**

The estate of the above named debtor has been fully administered or the case has been dismissed.

IT IS ORDERED THAT:

[x] Larry D. Compton(7) is discharged as trustee of the estate of the above named debtor and is hereby discharged from his bond;

[x] the chapter 7 case of the above named debtor is closed; and

[x] [other provisions as needed]

None

Dated: 4/4/05

Wayne Wolfe
CLERK OF THE COURT

---

* Set Forth all names, including trade names, used by the debtor within the last 6 years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.